MCGREGOR W. SCOTT
United States Attorney
THOMAS M. NEWMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR LARIOS-ORTEGA,<br>RODOLFO CARDENAS-LARA,<br><br>Defendants. | CASE NO. 1:19-CR-00200-LJO-SKO<br><br>STIPULATION TO CONTINUE STATUS HEARING |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and defendants, CESAR LARIOS-ORTEGA and RODOLFO CARDENAS-LARA, by and through their counsel, hereby agree and stipulate to continue the status conference set in this matter until January 6, 2020, at 1:00 pm.

1. This matter was charged by indictment on September 19, 2019.
2. At the arraignment on September 23, 2019, the court set a status hearing for December 2, 2019, and during that period the government provided initial discovery. That discovery consisted of numerous audio recordings related to the events at issue in the case.
3. At the request of the defense, the government is providing additional discovery that the defense will need to review prior to the next hearing.
4. The parties stipulate that the period of time from December 2, through January 6, 2020, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv)

because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  November 26, 2019 MCGREGOR W. SCOTT
United States Attorney

By:  /s/ THOMAS NEWMAN
THOMAS NEWMAN
Assistant United States Attorney

Dated: November 26, 2019 /s/ Monica Bermudez
MONICA BERMUDEZ
Attorney for Defendant
RODOLFO CARDENAS-LARA

/s/ David Torres
DAVID TORRES
Attorney for Defendant
CESAR LARIOS-ORTEGA

**O R D E R**

IT IS ORDERED that the status hearing set for December 2, 2019, at 1:00 p.m. is continued to January 6, 2020, at 1:00 pm.

IT IS FURTHER ORDERED THAT the period of time from December 2, 2019, through January 6, 2020, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **November 26, 2019**              /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE