TORRES | TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
CESAR LARIOS ORTEGA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-00200 NONE-SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE |
| CESAR LARIOS ORTEGA, RODOLFO CARDENAS- LARA, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND THOMAS NEWMAN, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, CESAR LARIOS-ORTEGA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference hearing currently set for Monday, May 4, 2020, to be continued to July 20, 2020.

In light of the restrictions of the General Orders 610-617 regarding the coronavirus (COVID-19), counsel is requesting that this matter be continued the to the requested date to permit the defense time to review the discovery in this matter and to consider the proposed plea provide by the government. I have spoken to co-counsel, Monica Bermudez and AUSA, Thomas Newman, and they have no objection to continuing the status conference hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

1

///

**IT IS SO STIPULATED.**

                                                                                 Respectfully Submitted,

DATED: 4/27/20                               */s/ David A Torres*
                                                           DAVID A. TORRES
                                                           Attorney for Defendant
                                                           CESAR LARIOS ORTEGA

DATED: 4/27/20                               */s/ Monica Bermudez*
                                                           MONICA BERMUDEZ
                                                           Attorney for Defendant
                                                           RODOLFO CARDENAS-LARA

DATED: 4/27/20                               */s/Thomas Newman*
                                                           THOMAS NEWMAN
                                                           Assistant U.S. Attorney

## **ORDER**

     IT IS HEREBY ORDERED that the status conference hearing be continued to July 20, 2020.

     IT IS FURTHER ORDERED THAT the period of time from April 27, 2020, through July 20, 2020, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **April 27, 2020**                      /s/ *Sheila K. Oberto*
                                                       UNITED STATES MAGISTRATE JUDGE