1  MONICA L. BERMUDEZ
   Attorney at Law, SBN 275434
2  1670 M Street
   Bakersfield, CA 93301
3  Telephone: (661) 616-2141
   Facsimile: (661) 322-7675

Attorney for the Defendant
Rodolfo Cardenas Lara

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00200-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; FINDINGS AND ORDER |
| v. | |
| RODOLFO CARDENAS LARA, | DATE: June 25, 2021 |
| Defendant. | TIME: 10:00 a.m. |
| | JUDGE: Hon. Dale A. Drozd |

**STIPULATION**

COMES NOW, Defendant, RODOLFO CARDENAS LARA by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through his counsel of record CHRISTOPHER D. BAKER, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on May 7, 2021.

2. By this stipulation, defendant now move to continue the sentencing hearing to **June 25, 2021 at 10:00 a.m.** before the Honorable Dale A. Drozd. The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. Mr. Cardenas Lara has certain plea agreement obligations that must be satisfied before he is sentenced.

    b. Additional time is requested to ensure that these obligations are met by Mr. Cardenas

1

Lara.

c. The government does not object to, and agrees with, the requested continuance.

IT IS SO STIPULATED.

DATED: April 27, 2021

/s/ Monica L. Bermudez
MONICA L. BERMUDEZ
Counsel for Defendant
RODOLFO CARDENAS LARA

DATED: April 27, 2021

/s/ Christopher D. Baker
CHRISTOPHER D. BAKER
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: **April 28, 2021**

UNITED STATES DISTRICT JUDGE