1  MONICA L. BERMUDEZ
   Attorney at Law, SBN 275434
2  1670 M Street
   Bakersfield, CA 93301
3  Telephone: (661) 616-2141
   Facsimile: (661) 322-7675
4

5  Attorney for the Defendant
   Rodolfo Cardenas Lara
6

7                IN THE UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

| 10 | UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00200-NONE-SKO |
|---|---|---|
| 11 | Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] FINDINGS AND ORDER |
| 12 | v. | |
| 13 | RODOLFO CARDENAS LARA, | |
| 14 | Defendant. | DATE: September 10, 2021<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

**STIPULATION**

COMES NOW, Defendant, RODOLFO CARDENAS LARA by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through his counsel of record CHRISTOPHER D. BAKER, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on June 25, 2021.

2. By this stipulation, defendants now move to continue the sentencing hearing to **September 10, 2021 at 10:00 a.m.** before the Honorable Dale A. Drozd.  The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Counsel for Mr. Cardenas Lara is engaged in trial in Kern County Superior Court. In

1

the matter of *People v. Dustin Henthorn* BF172779A. This trial is anticipated to last up and until August 9, 2021.

    b.    Due to counsel's unavailability, it is requested this matter be continued to September 10, 2021.

    c.    The government does not object to, and agrees with, the requested continuance.

IT IS SO STIPULATED.

DATED: June 16, 2021

/s/ Monica L. Bermudez
MONICA L. BERMUDEZ
Counsel for Defendant
RODOLFO CARDENAS LARA

DATED: June 16, 2021

/s/ Christopher D. Baker
CHRISTOPHER D. BAKER
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: __**June 16, 2021**__

Dale A. Drozd
UNITED STATES DISTRICT JUDGE

2